# District of Massachusetts
# Claims Register

## 13-12487 Ronald F. Lasko and Donna B. Lasko

**Judge:** William C. Hillman  **Chapter:** 13
**Office:** Boston  **Last Date to file claims:**
**Trustee:** Carolyn Bankowski-13  **Last Date to file (Govt):**

| Creditor: (18932537) Santander Consumer USA PO BOX 560284 DALLAS, TX 75356 | Claim No: 1 Original Filed Date: 05/02/2013 Original Entered Date: 05/02/2013 | Status: Filed by: CR Entered by: Modified: |
|---|---|---|

| Amount claimed: | $5796.50 |
|---|---|
| Secured claimed: | $5796.50 |

*History:*

| Details | 1-1 | 05/02/2013 | Claim #1 filed by Santander Consumer USA, Amount claimed: $5796.50 (admin) |
|---|---|---|---|

*Description:*
*Remarks:* (1-1) Account Number (last 4 digits):8617

| Creditor: (18935511) Department Stores National Bank/Macys Bankruptcy Processing Po Box 8053 Mason, OH 45040 | Claim No: 2 Original Filed Date: 05/07/2013 Original Entered Date: 05/07/2013 | Status: Filed by: CR Entered by: Stacy Suire Modified: |
|---|---|---|

| Amount claimed: | $1500.72 |
|---|---|

*History:*

| Details | 2-1 | 05/07/2013 | Claim #2 filed by Department Stores National Bank/Macys, Amount claimed: $1500.72 (Suire, Stacy ) |
|---|---|---|---|

*Description:* (2-1) Credit Card
*Remarks:*

| Creditor: (18936405) Discover Bank DB Servicing Corporation PO Box 3025 | Claim No: 3 Original Filed Date: 05/08/2013 Original Entered | Status: Filed by: CR Entered by: Davonna Wadlington Modified: |
|---|---|---|

| | | |
|---|---|---|
| New Albany, OH 43054-3025 | *Date*: 05/08/2013 | |
| *Amount* claimed: $2441.18 | | |
| *History:* | | |
| Details  3-1  05/08/2013 | Claim #3 filed by Discover Bank, Amount claimed: $2441.18 (Wadlington, Davonna ) | |
| *Description:* | | |
| *Remarks:* | | |

| | | |
|---|---|---|
| *Creditor:*   (18936405)<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | **Claim No: 4**<br>*Original Filed Date*: 05/08/2013<br>*Original Entered Date*: 05/08/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Davonna Wadlington<br>*Modified:* |
| *Amount* claimed: $7625.54 | | |
| *History:* | | |
| Details  4-1  05/08/2013 | Claim #4 filed by Discover Bank, Amount claimed: $7625.54 (Wadlington, Davonna ) | |
| *Description:* | | |
| *Remarks:* | | |

| | | |
|---|---|---|
| *Creditor:*   (18960136)<br>LVNV Funding, LLC its successors and assigns as assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 5**<br>*Original Filed Date*: 05/31/2013<br>*Original Entered Date*: 05/31/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Susan I. Gaines<br>*Modified:* |
| *Amount* claimed: $1483.54 | | |
| *Secured* claimed: $0.00 | | |
| *History:* | | |
| Details  5-1  05/31/2013 | Claim #5 filed by LVNV Funding, LLC its successors and assigns as, Amount claimed: $1483.54 (Gaines, Susan ) | |
| *Description:* | | |
| *Remarks:* | | |

| | | |
|---|---|---|
| *Creditor:*   (18960823)<br>FIA CARD SERVICES, N.A. | **Claim No: 6**<br>*Original Filed* | *Status:*<br>*Filed by:* CR |

| | | | |
|---|---|---|---|
| P O Box 982284<br>El Paso, TX 79998-2238 | *Date*: 05/31/2013<br>*Original Entered*<br>*Date*: 05/31/2013 | *Entered by:* Barbara Mininall<br>*Modified:* | |
| *Amount* claimed: | $5984.89 | | |
| *Secured* claimed: | $0.00 | | |
| *Priority* claimed: | $0.00 | | |

*History:*

| | | | |
|---|---|---|---|
| Details | 6-1 | 05/31/2013 | Claim #6 filed by FIA CARD SERVICES, N.A., Amount claimed: $5984.89 (Mininall, Barbara ) |

*Description:*

*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:*    (19019266)<br>FIA CARD SERVICES, N.A.<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701    Claimant History | **Claim No: 7**<br>*Original Filed*<br>*Date*: 05/31/2013<br>*Original Entered*<br>*Date*: 05/31/2013<br>*Last Amendment Filed*: 08/14/2013<br>*Last Amendment Entered*: 08/14/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Thomas A. Lee, III<br>*Modified:* | |
| *Amount* claimed: | $4458.87 | | |
| *Secured* claimed: | $0.00 | | |
| *Priority* claimed: | $0.00 | | |

*History:*

| | | | |
|---|---|---|---|
| Details | 7-1 | 05/31/2013 | Claim #7 filed by FIA CARD SERVICES, N.A., Amount claimed: $4458.87 (Mininall, Barbara ) |
| Details | 7-2 | 08/14/2013 | Amended Claim #7 filed by FIA CARD SERVICES, N.A., Amount claimed: $4458.87 (Lee, Thomas ) |

*Description:*

*Remarks:* (7-2) UPDATE ADDRESS

| | | |
|---|---|---|
| *Creditor:*    (18926644)<br>Clark, Hunt, Ahern & Embry<br>150 Cambridgepark Drive<br>Cambridge, MA 02140 | **Claim No: 8**<br>*Original Filed*<br>*Date*: 06/03/2013<br>*Original Entered*<br>*Date*: 06/03/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bt<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $7401.40 | |

| History: | | | |
|---|---|---|---|
| Details | 8-1 | 06/03/2013 | Claim #8 filed by Clark, Hunt, Ahern & Embry, Amount claimed: $7401.40 (bt) |

*Description:* (8-1) Legal services performed

*Remarks:*

| Creditor:  (18988020)<br>Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 9**<br>*Original Filed Date*: 07/02/2013<br>*Original Entered Date*: 07/02/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Dhar Sandhu<br>*Modified:* |
|---|---|---|

| | | | |
|---|---|---|---|
| Amount | claimed: | $1856.27 | |

| History: | | | |
|---|---|---|---|
| Details | 9-1 | 07/02/2013 | Claim #9 filed by Quantum3 Group LLC as agent for, Amount claimed: $1856.27 (Sandhu, Dhar ) |

*Description:* (9-1) Unsecured Debt

*Remarks:*

| Creditor:  (19029575)<br>Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | **Claim No: 10**<br>*Original Filed Date*: 08/28/2013<br>*Original Entered Date*: 08/28/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Keanna Smyley<br>*Modified:* |
|---|---|---|

| | | | |
|---|---|---|---|
| Amount | claimed: | $1934.81 | |

| History: | | | |
|---|---|---|---|
| Details | 10-1 | 08/28/2013 | Claim #10 filed by Portfolio Recovery Associates, LLC, Amount claimed: $1934.81 (Smyley, Keanna ) |

*Description:*

*Remarks:*

| Creditor:  (19029575)<br>Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | **Claim No: 11**<br>*Original Filed Date*: 08/28/2013<br>*Original Entered Date*: 08/28/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Keanna Smyley<br>*Modified:* |
|---|---|---|

| | | |
|---|---|---|
| Amount claimed: $3325.65 | | |
| *History:* | | |
| Details  11-1 | 08/28/2013 | Claim #11 filed by Portfolio Recovery Associates, LLC, Amount claimed: $3325.65 (Smyley, Keanna ) |
| *Description:* | | |
| *Remarks:* | | |

| Creditor: (19029575) Portfolio Recovery Associates, LLC POB 12914 Norfolk VA 23541 | **Claim No: 12** *Original Filed Date*: 08/28/2013 *Original Entered Date*: 08/28/2013 | *Status:* *Filed by:* CR *Entered by:* Keanna Smyley *Modified:* |
|---|---|---|
| Amount claimed: $4955.94 | | |
| *History:* | | |
| Details  12-1 | 08/28/2013 | Claim #12 filed by Portfolio Recovery Associates, LLC, Amount claimed: $4955.94 (Smyley, Keanna ) |
| *Description:* | | |
| *Remarks:* | | |

| Creditor: (19029695) CERASTES, LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | **Claim No: 13** *Original Filed Date*: 08/28/2013 *Original Entered Date*: 08/28/2013 | *Status:* *Filed by:* CR *Entered by:* Larry E Johnson *Modified:* |
|---|---|---|
| Amount claimed: $2446.41 | | |
| *History:* | | |
| Details  13-1 | 08/28/2013 | Claim #13 filed by CERASTES, LLC, Amount claimed: $2446.41 (Johnson, Larry ) |
| *Description:* | | |
| *Remarks:* | | |

| Creditor: (19029575) Portfolio Recovery Associates, LLC POB 12914 Norfolk VA 23541 | **Claim No: 14** *Original Filed Date*: 08/30/2013 *Original Entered Date*: 08/30/2013 | *Status:* *Filed by:* CR *Entered by:* Keanna Smyley *Modified:* |
|---|---|---|

| Amount claimed: | $5132.35 | |
|---|---|---|
| History: | | |
| Details  14-1 | 08/30/2013 | Claim #14 filed by Portfolio Recovery Associates, LLC, Amount claimed: $5132.35 (Smyley, Keanna ) |
| Description: | | |
| Remarks: | | |

| Creditor: (19308542) Portfolio Recovery Associates, LLC POB 41067 Norfolk, VA 23541  Claimant History | Claim No: 15 Original Filed Date: 08/30/2013 Original Entered Date: 08/30/2013 | Status: Filed by: CR Entered by: Catrina J Brown Modified: 07/11/2014 |
|---|---|---|
| Amount claimed: $4466.04 | | |
| History: | | |
| Details  15-1 | 08/30/2013 | Claim #15 filed by CAPITAL ONE BANK (USA), N.A., Amount claimed: $4466.04 (Brown, Catrina ) |
|  15 | 06/18/2014 | Assignment of Claim Transfer Agreement 3001 (e) 2 Transferor: CAPITAL ONE BANK (USA), N.A. (Claim No: 15 Amount: 4466.04) To Transferee: Portfolio Recovery Associates, LLC **[Transfer Fee Amount $25]** (Garcia, Dolores) |
| Description: | | |
| Remarks: (15-1) transf to Portfolio Recovery Associates, LLC 6/18/2014 See #15. | | |

| Creditor: (19029575) Portfolio Recovery Associates, LLC POB 12914 Norfolk VA 23541 | Claim No: 16 Original Filed Date: 09/04/2013 Original Entered Date: 09/04/2013 | Status: Filed by: CR Entered by: Cecilita Harris Modified: |
|---|---|---|
| Amount claimed: $3448.51 | | |
| History: | | |
| Details  16-1 | 09/04/2013 | Claim #16 filed by Portfolio Recovery Associates, LLC, Amount claimed: $3448.51 (Harris, Cecilita ) |
| Description: | | |
| Remarks: | | |

| Creditor: (19029575) Portfolio Recovery Associates, | Claim No: 17 Original Filed | Status: Filed by: CR |
|---|---|---|

| | | |
|---|---|---|
| LLC<br>POB 12914<br>Norfolk VA 23541 | *Date*: 09/06/2013<br>*Original Entered Date*: 09/06/2013 | *Entered by:* Keanna Smyley<br>*Modified:* |

| Amount | claimed: | $748.31 | |
|---|---|---|---|

*History:*

| Details | 17-1 | 09/06/2013 | Claim #17 filed by Portfolio Recovery Associates, LLC, Amount claimed: $748.31 (Smyley, Keanna ) |
|---|---|---|---|

*Description:*

*Remarks:*

| *Creditor:* (18926650)<br>Segal Roitman, LLP<br>111 Devonshire Street - 5th Floor<br>Boston, MA 02109 | **Claim No: 18**<br>*Original Filed Date*: 09/05/2013<br>*Original Entered Date*: 09/06/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bt<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $11359.89 | |
|---|---|---|---|

*History:*

| Details | 18-1 | 09/05/2013 | Claim #18 filed by Segal Roitman, LLP, Amount claimed: $11359.89 (bt) |
|---|---|---|---|

*Description:* (18-1) Legal Services performed

*Remarks:*

| *Creditor:* (19039118)<br>TD Bank N.A.<br>Attn: Bankruptcy Dept.<br>ME2-002-035<br>P.O. Box 9547<br>Portland, ME 04112-9547 | **Claim No: 19**<br>*Original Filed Date*: 09/09/2013<br>*Original Entered Date*: 09/09/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Carol A. Demers<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $15685.11 | |
|---|---|---|---|

*History:*

| Details | 19-1 | 09/09/2013 | Claim #19 filed by TD Bank N.A., Amount claimed: $15685.11 (Demers, Carol ) |
|---|---|---|---|

*Description:* (19-1) Account #7115

*Remarks:* (19-1) credit card

| *Creditor:* (19039118)<br>TD Bank N.A. | **Claim No: 20**<br>*Original Filed* | *Status:*<br>*Filed by:* CR |
|---|---|---|

| Attn: Bankruptcy Dept.<br>ME2-002-035<br>P.O. Box 9547<br>Portland, ME 04112-9547 | *Date*: 09/09/2013<br>*Original Entered*<br>*Date*: 09/09/2013 | *Entered by:* Carol A. Demers<br>*Modified:* |
|---|---|---|
| Amount claimed: $14656.55 | | |

| *History:* | | | |
|---|---|---|---|
| Details | 20-1 | 09/09/2013 | Claim #20 filed by TD Bank N.A., Amount claimed: $14656.55 (Demers, Carol ) |
| *Description:* (20-1) Account #3068 | | | |
| *Remarks:* (20-1) credit card | | | |

## Claims Register Summary

**Case Name:** Ronald F. Lasko and Donna B. Lasko
**Case Number:** 13-12487
**Chapter:** 13
**Date Filed:** 04/29/2013
**Total Number Of Claims:** 20

| Total Amount Claimed* | $106708.48 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $5796.50 | |
| **Priority** | $0.00 | |
| **Administrative** | | |