B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

In re <u>DONNA B LASKO</u> ,            Case No. <u>13-12487</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Bank of America, N.A. as successor-in-interest to FIA Card Services, N.A.</u> <br> Name of Transferee | <u>FIA CARD SERVICES, N.A. C/O BECKET AND LEE LLP</u> <br> Name of Transferor |
|---|---|

Name and Address where notices to transferee should be sent:

Bank of America, N.A. as successor-in-interest to FIA Card Services, N.A.
P O Box 982284
El Paso, TX 79998-2238

Court Claim # (if known): <u>7</u>
Amount of Claim:$ <u>4458.87</u>
Date Claim Filed: <u>08/14/2013</u>

Phone: <u>888-702-1161</u>
Last Four Digits of Acct #: <u>1391</u>

Phone: <u>610-644-7800</u>
Last Four Digits of Acct. #: <u>1391</u>

Name and Address where transferee payments should be sent (if different from above):

Bank of America, N.A. as successor-in-interest to FIA Card Services, N.A.
PO Box 15102
Wilmington, DE 19886-5102

Phone:<u>888-702-1161</u>
Last Four Digits of Acct #: <u>1391</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u> /s/ Debra Wall</u>            Date:<u>   4/10/2015   </u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.   18 U.S.C. §§ 152 & 3571.